■ PATRICK MADAMA, Appellant-Respondent, v RONALD J. STARKWEATHER et al., Constituting the Board of Elections of Monroe County, Respondents, and WILLIAM BASTUK, Respondent-Appellant.—Order unanimously affirmed without costs. (Appeals from order of Supreme Court, Monroe County, Mastrella, J.—Election Law.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ. (Order entered Oct. 21, 1987.)

■ RENAE KIMBLE, Appellant-Respondent, v NIAGARA COUNTY BOARD OF ELECTIONS et al., Respondents-Appellants, and GARY T. SOTTILE, Respondent.—Order unanimously affirmed without costs. (Appeals from order of Supreme Court, Niagara County, Fallon, J.—Election Law.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ. (Order entered Oct. 21, 1987.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN ADAMS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Burke, J.—attempted assault, second degree.) Present—Dillon, P. J., Callahan, Denman, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY A. GODDARD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—criminal possession of stolen property.) Present—Dillon, P. J., Callahan, Denman, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. BENWAY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—burglary, third degree.) Present—Dillon, P. J., Callahan, Pine, Lawton and Davis, JJ.